1  BENJAMIN B. WAGNER
   United States Attorney
2  LAUREL D. WHITE
   Executive Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700



AUG  4 2010



# SEALED

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

2:10-cr-0313 JAM

| UNITED STATES OF AMERICA, | ) CASE NO. |
|---|---|
| Plaintiff, | ) ORDER TO SEAL |
| | ) (UNDER SEAL) |
| v. | ) |
| SEALED | ) |
| Defendant. | ) |

The Court hereby orders that the Indictment, the Petition of Assistant U.S. Attorney Laurel D. White to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until the arrest of the defendant or until further order of the Court.

DATED:  8/4/10

HONORABLE DALE A. DROZD
United States Magistrate Judge

1