BENJAMIN B. WAGNER
United States Attorney
LAUREL D. WHITE
Executive Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2780

FILED

AUG 4 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

# SEALED

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) 2:10-m-0313 JAM |
| v. | ) |
| [SEALED] | ) |

### SEALING ORDER

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the Indictment in the above-captioned matter be and is hereby ordered sealed until the arrest of the defendant.

DATED: August 4, 2010

_____
HONORABLE DALE A. DROZD
United States Magistrate Judge

1