```
                                             FILED
                                             August 5, 2010
        UNITED STATES DISTRICT COURT FOR THE
                                             CLERK, US DISTRICT COURT
                                              EASTERN DISTRICT OF
           EASTERN DISTRICT OF CALIFORNIA         CALIFORNIA
                                                DEPUTY CLERK
```

UNITED STATES OF AMERICA,       )
                                )   Case No. 2:10-CR-0313-JAM
            Plaintiff,           )
v.                              )   ORDER FOR RELEASE OF
                                )   PERSON IN CUSTODY
THOMAS NEAL,                    )
                                )
            Defendant.           )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release THOMAS NEAL, Case No. 2:10-CR-0313-JAM, Charge Title 18 USC § 2252, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __   Release on Personal Recognizance

    ✔   Bail Posted in the Sum of $ 25,000 (co-signed with father)

        ✔   Unsecured Appearance Bond

        __   Appearance Bond with 10% Deposit

        __   Appearance Bond with Surety

        __   Corporate Surety Bail Bond

    ✔   (Other)   with pretrial supervision and conditions of release as stated on the record in open court.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on August 5, 2010 at 2:25 pm.

By _____
Dale A. Drozd
United States Magistrate Judge