DANIEL J. BRODERICK, Bar #89424
Federal Defender
DOUGLAS BEEVERS, U.S.V.I. Bar #766
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
THOMAS NEAL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-10-00313-JAM |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | TO CONTINUE STATUS CONFERENCE |
| ) | |
| THOMAS NEAL, ) | |
| ) | Date: November 2, 2010 |
| Defendant. ) | Time: 9:30 a.m. |
| ) | Judge: Hon. John A. Mendez |
| _____ ) | |

   IT IS HEREBY STIPULATED between the parties, LAUREL WHITE, Assistant United States Attorney, and DOUGLAS BEEVERS, Assistant Federal Defender, attorney for defendant THOMAS NEAL, that the status conference of September 21, 2010 be vacated, and the matter be set for status conference on November 2, 2010 at 9:30 a.m.

   The reason for the continuance is to allow defense counsel time to review the contraband evidence and to allow the parties additional time to negotiate a resolution to this matter. The parties agree a continuance is necessary for this purpose, and agree to exclude time under the Speedy Trial Act accordingly.

1     IT IS STIPULATED that the period from the signing of this Order, up to and including the November 2, 2010 status conference, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, for ongoing preparation of counsel.

Dated: September 17, 2010

                                        Respectfully submitted,

                                        DANIEL BRODERICK
                                      Federal Defender

                                        */s/ Douglas Beevers*

                                        DOUGLAS BEEVERS
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        THOMAS NEAL

Dated: September 17, 2010

                                        BENJAMIN B. WAGNER
                                        United States Attorney

                                        */s/ Laurel White*

                                        LAUREL WHITE
                                        Executive Assistant U.S. Attorney

**ORDER**

    UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for September 21, 2010, be continued to November 2, 2010 at 9:30 a.m. Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends

of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time from the date of this Order, to and including, the November 2, 2010 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow defense counsel time to prepare.

Dated:  September 17, 2010

/s/ John A. Mendez
John A. Mendez
United States District Court Judge