1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  DOUGLAS BEEVERS, U.S.V.I. Bar #766
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700

6  Attorney for Defendant
   THOMAS NEAL

9              IN THE UNITED STATES DISTRICT COURT

10               FOR THE EASTERN DISTRICT OF CALIFORNIA

12  UNITED STATES OF AMERICA,         )  No. CR-S-10-00313-JAM
                                      )
13                 Plaintiff,         )
                                      )  STIPULATION AND ORDER
14       v.                           )  TO CONTINUE STATUS CONFERENCE
                                      )
15  THOMAS NEAL,                      )
                                      )  Date: November 30, 2010
16                 Defendant.         )  Time: 9:30 a.m.
                                      )  Judge: Hon. John A. Mendez
17  _____   )

18       IT IS HEREBY STIPULATED between the parties, LAUREL WHITE, Assistant
19  United States Attorney, and DOUGLAS BEEVERS, Assistant Federal Defender,
20  attorney for defendant THOMAS NEAL, that the status conference of
21  November 2, 2010 be vacated, and the matter be set for status conference
22  on November 30, 2010 at 9:30 a.m.

23       The reason for the continuance is to allow defense counsel time to
24  review the contraband evidence and to allow the parties additional time
25  to negotiate a resolution to this matter. The parties agree a continuance
26  is necessary for this purpose, and agree to exclude time under the Speedy
27  Trial Act accordingly.

1  IT IS STIPULATED that the period from the signing of this Order, up to and including the November 30, 2010 status conference, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, for ongoing preparation of counsel.

Dated: November 1, 2010

          Respectfully submitted,

          DANIEL BRODERICK
          Federal Defender

          */s/ Douglas Beevers*

          DOUGLAS BEEVERS
          Assistant Federal Defender
          Attorney for Defendant
          THOMAS NEAL

Dated: November 1, 2010

          BENJAMIN B. WAGNER
          United States Attorney

          */s/ Laurel White*

          LAUREL WHITE
          Executive Assistant U.S. Attorney

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for November 1, 2010, be continued to November 30, 2010 at 9:30 a.m. Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends

of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time from the date of this Order, to and including, the November 30, 2010 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow defense counsel time to prepare.

Dated:  November 1, 2010

/s/ John A. Mendez
John A. Mendez
United States District Court Judge