```
1  BENJAMIN B. WAGNER
   United States Attorney
2  LAUREL D. WHITE
   Executive Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:10-CR-00313-JAM |
| Plaintiff, ) | FINAL ORDER OF FORFEITURE |
| v. ) | |
| THOMAS NEAL, ) | |
| Defendant. ) | |
| _____) | |

WHEREAS, on or about March 25, 2011, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2253, based upon the plea agreement entered into between plaintiff and defendant Thomas Neal forfeiting to the United States the following property:

    (a)  Bravo Desktop Computer, SN 202795980001, containing one Seagate hard drive, SN 9QM49MK5;

    (b)  Maxtor Personal Storage 3200, SN VAODGT4C, containing one Seagate hard drive, SN 5LS82GMH; and

    (c)  Computer Disks and DVDs.

AND WHEREAS, beginning on March 30, 2011, for at least 30 consecutive days, the United States published notice of the

1  Court's Order of Forfeiture on the official internet government
2  forfeiture site www.forfeiture.gov.  Said published notice
3  advised all third parties of their right to petition the Court
4  within sixty (60) days from the first day of publication of the
5  notice for a hearing to adjudicate the validity of their alleged
6  legal interest in the forfeited property;
7       AND WHEREAS, the Court has been advised that no third party
8  has filed a claim to the subject property, and the time for any
9  person or entity to file a claim has expired.
10      Accordingly, it is hereby ORDERED and ADJUDGED:
11      1.  A Final Order of Forfeiture shall be entered forfeiting
12 to the United States of America all right, title, and interest in
13 the above-listed property pursuant to 18 U.S.C. § 2253, to be
14 disposed of according to law, including all right, title, and
15 interest of Thomas Neal.
16      2.  All right, title, and interest in the above-listed
17 property shall vest solely in the name of the United States of
18 America.
19      3.  The Department of Homeland Security, Customs and Border
20 Protection shall maintain custody of and control over the subject
21 property until it is disposed of according to law.
22      SO ORDERED this 8th day of June, 2011.

                                    /s/ John A. Mendez
                                    JOHN A. MENDEZ
                                    United States District Judge